AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
10/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA John Pavletic (312) 697-4088

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARGARO GOMEZ-AVILES

CASE NUMBER: 25 CR 632

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 7, 2023, at Downers Grove, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | being an alien last removed from the United States on or about July 14, 2009, was present and found in the United States without previously having obtained the express consent of the Secretary of Homeland Security for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

RENEE D FALS
Digitally signed by RENEE D FALS
DN: cn=RENEE D FALS, o=U.S. Government, ou=People, email=Renee.D.Fals@ice.dhs.gov, c=US
Date: 2025.10.03T10:00:27-0500

RENEE FALS
Deportation Officer
Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 3, 2025

*Judge's signature*

City and state: Chicago, Illinois

Heather K. McShain, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, RENEE FALS, being duly sworn, state as follows:

1. I am a Deportation Officer with Immigration and Customs Enforcement (ICE) and have been employed by ICE for 18 years. My current responsibilities include the investigation of federal criminal violations, including those relating to deportation and aliens. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. In particular, I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2. This affidavit is submitted in support of a criminal complaint alleging that MARGARO GOMEZ-AVILES has violated Title 8, United States Code, Section 1326(a), Reentry of a Removed Alien, by being present in the United States after having previously been removed. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging GOMEZ-AVILES with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe establish that GOMEZ-AVILES committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and my review of records maintained by ICE,

other components of the Department of Homeland Security (DHS), and other government agencies.

4.      According to DHS records, GOMEZ-AVILES is a native and citizen of Mexico. DHS records reflect that GOMEZ-AVILES was born in Mexico in 1983 and has no claim to United States citizenship or lawful residence.

5.      According to DHS records, on or about January 26, 2009, an immigration judge in Tucson, Arizona ordered GOMEZ-AVILES's removal from the United States to Mexico. On or about January 26, 2009, immigration officials removed GOMEZ-AVILES from the United States to Mexico through Nogales, Arizona. In connection with this removal, immigration officials fingerprinted GOMEZ-AVILES.

6.      According to DHS records, following his removal on or about January 26, 2009, GOMEZ-AVILES unlawfully reentered the United States. On or about January 31, 2009, an immigration official in Wilcox, Arizona again ordered GOMEZ-AVILES's removal. On or about February 1, 2009, immigration officials removed GOMEZ-AVILES from the United States to Mexico through Nogales, Arizona. In connection with this removal, immigration officials fingerprinted GOMEZ-AVILES.

7.      According to DHS records, following his removal on or about February 1, 2009, GOMEZ-AVILES unlawfully reentered the United States. On or about July 14, 2009, immigration officials removed GOMEZ-AVILES from the United States to Mexico through Nogales, Arizona. In connection with this removal, immigration officials fingerprinted GOMEZ-AVILES.

8.     According to DHS records, following his removal on or about July 14, 2009, GOMEZ-AVILES unlawfully reentered the United States. DHS records reflect that GOMEZ-AVILES has not applied for or received permission from the Secretary of Homeland Security to reenter the United States.

9.     According to DHS records, on or about November 7, 2023, the Illinois State Police (ISP) arrested GOMEZ-AVILES in Downers Grove, Illinois. In connection with this arrest, ISP fingerprinted GOMEZ-AVILES and electronically uploaded the fingerprints to the Federal Bureau of Investigation Integrated Automated Fingerprint Identification System (IAFIS).

10.     According to records maintained by the Circuit Court of Kane County, Illinois, on or about November 15, 2024, GOMEZ-AVILES pleaded guilty to aggravated battery by strangulation, domestic battery causing bodily harm, and driving under the influence of alcohol. Records maintained by the Circuit Court of Kane County reflect that, on or about November 15, 2024, an Illinois judge sentenced GOMEZ-AVILES to four years in prison.

11.     According to DHS records, on or about September 15, 2025, the Homeland Security Investigations Forensic Laboratory conducted a fingerprint comparison analysis and verified that the same individual made the fingerprints collected at the time of GOMEZ-AVILES's second and third removals on or about February 1, 2009, and July 14, 2009, respectively, and his arrest by ISP on or about November 7, 2023. DHS records reflect that the fingerprint impression from GOMEZ-

AVILES's first removal on or about January 26, 2009, lacked sufficient clarity and detail for comparison.

12.     Based upon the foregoing, I respectfully submit that there is probable cause to believe that, on or about November 7, 2023, at Downers Grove, Illinois, in the Northern District of Illinois, Eastern Division, GOMEZ-AVILES, an alien last removed from the United States on or about July 14, 2009, was present and found in the United States without previously having obtained the express consent of the Secretary of Homeland Security for reapplication by GOMEZ-AVILES for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

RENEE D FALS
Digitally signed by RENEE D FALS
DN: cn=RENEE D FALS, o=U.S.
Government, ou=People,
email=Renee.D.Fals@ice.dhs.gov,
c=US
Date: 2025-10-03T10:06:50-0500

RENEE FALS
Deportation Officer
Immigration & Customs Enforcement

SWORN TO AND AFFIRMED by telephone on October 3, 2025.

HON. HEATHER K. MCSHAIN
United States Magistrate Judge

4